PETER HOFFMAN, JR., an Infant, etc., Respondent, v. THE CITY OF OLEAN, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

H. P. ROBERTSON COMPANY, Respondent, v. THE CITY OF JAMESTOWN, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

THE CITY OF SYRACUSE, Respondent, v. NATIONAL SURETY COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

DEGRASSE PAPER COMPANY, Respondent, v. NORTHERN NEW YORK COAL COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

JOHN SCHEIB, Respondent, v. E. C. BROWN COMPANY, Appellant.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals denied.

EDWARD K. FENNO, Plaintiff, v. CONDUIT-MILLER Co., INC., Appellant, and HURWITZ BROS. METAL & IRON Co., INC., Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

DEXTER SULPHITE PULP AND PAPER COMPANY, Respondent, v. WILLIAM RANDOLPH HEARST, Appellant, Impleaded, etc.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

HARRY L. ALLEN, as Trustee in Bankruptcy, etc., Appellant, v. CHARLES W. FINK, Respondent, and Thirty-six Other Actions Brought by the Same Plaintiff against Separate Defendants.— Motion for stay pending appeal granted.

In the Matter of JAMES · GILCHRIST, Attorney at Law.— The issues raised by the petition and answer are referred to Hon. John S. Lambert, official referee, to take the proofs and report the same together with his opinion thereon, to this court, and the district attorney of Oneida county is designated to prosecute the proceeding.

NORMAN E. MACLEOD, Respondent, v. HENRY L. MILLER and Others, Appellants.— Appeal dismissed, without costs, upon stipulation filed.

In the Matter of the Application of WILLIAM B. MOORE for a Writ of Habeas Corpus.— Motion granted and appeal dismissed.

DORSEY KELLOGG and Another, Respondents, v. ALICE L. CARTER, Appellant. — Motion to dismiss appeal granted, unless appellant shall be ready to argue appeal on October first.

BERTHA M. SULLIVAN, Respondent, v. EMPIRE STATE LIFE ASSURANCE SOCIETY, Appellant.— Motion to dismiss appeal granted, unless appellant shall be ready to argue the appeal. on October first.